**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**EDWARD HARRISON,**

        **Plaintiff,**

        **v.**                                        **9:08-CV-1327**

**B. FISCHER, Commissioner, DOCS; YELICH, Superintendent, Bare Hill Correctional Facility; MR. STEARNS, Dep. of Programs, Bare Hill Correctional Facility; MR. D. BRADFORD, ASAT Program Head; MR. DONALDSON, Supervisor, IGRC, Bare Hill Correctional Facility; MRS. DAGGOT, Senior Counselor, Bare Hill Correctional Facility; MRS. BARNEY, Head ASAT Counselor, Bare Hill Correctional Facility; MRS. JOHNSTON, ASAT Program Aide, Bare Hill Correctional. Facility; and MR. GILBERT, ASAT Program Aide, Bare Hill Correctional Facility,**

        **Defendants.**
_____

**APPEARANCES:**                                **OF COUNSEL:**

EDWARD HARRISON
Bordon Avenue Veterans Shelter
21-10 Bordon Avenue
Long Island City, New York 11101
Plaintiff Pro Se

HON. ANDREW M. CUOMO                ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General for the                      Assistant Attorney General
State of New York
The Capitol
Albany, New York 12224-0341
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 7th day of June 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 37) is granted as to all defendants and that judgment be entered in favor of all defendants on all claims.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: June 29, 2010
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge